# COURT OF CRIMINAL APPEALS OF TEXAS

WW,426-0

Frederick Jerome Crumbley, Petitioner

v.

Honorable Judge Maria T. Jackson, Respondent
In 339th District Court of Harris County

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 27 2017

Abel Acosta, Clerk

## CAUSE NO. 1525005

## WRIT OF PROHIBITION

Petitioner Present the Honorable Court of Criminal Appeals of Texas
with this writ of ~~the~~ Prohibition and its authority to be issued upon the
339th District Court Judge Maria T. Jackson in support Petitioner shows the
followings;

* Writ of Prohibition needs to be issue upon District Judge Maria T. Jackson to
prevent the Judge from undoing a fundamentally defective indictment that null
by all means of it uses;

* Writ of Prohibition Needs to be issue upon District Judge Maria T. Jackson
from further taking any action under Cause number 1525005 where the trial is with
subject matter Jurisdiction and has no authority to act;

* Writ of Prohibition Needs to be issue upon District Judge Maria T. Jackson f
taking consideration of the Petitioner's motion to Quash Just to remove the Petitio
from the trial docket ~~but not~~ and refuse to grant full relief as received un
[ white v. STATE 587 S.w. 2d 114 or Article 32A.02 sec 1 ];

* Writ of Prohibition Needs to be issue ~~thru~~ upon District Judge Maria T. Jack
to stop all prosecution under cause number 1525005 where the District Judge is wit
any authority to act other than discharger the cause number from the courts do
and discharger the Petitioner from all ~~actual~~ action under the cause 1525005
from Confinement;

(i)

CAUSE NO. 1525005

* Writ of Prohibition needs to issue upon District Judge Maria T. Jackson where it is Prohibit to hold a Person [the Petitioner] in confinement under a void indictment, Statue and where the Court is without the authority to act.

Petitioner Pray that the Honorable Justice Court of Criminal Appeal of Texas issue upon District Judge Maria T. Jackson the following writ of Prohibition shown above to completelly stop all the wrong that can be under a fundamenetally defective indictment and futher Pray all the future Action stop under cause number 1525005 and be complete moved from the Petitioner's records to Prevent any harm.

3-20-2017
DATE

Frederick Crumb
SIGN

STATE OF TEXAS
COUNTY OF HARRIS

Frederick Jerome Crumbley, being duly sworn, under oath says: "I am the Petitioner in this action and know the contents of the above application for writ of Prohibition and according to my belief, the facts stated in the application are true."

I. JAMES
Notary Public
STATE OF TEXAS
Commission Exp. OCT. 25, 2017

Frederick Crumbley
Signature of Applicant

SUBSCRIBED AND SWORN TO BEFORE ME THIS 21 DAY OF March

Signature of Notary Public

# COURT OF CRIMINAL OF APPEALS OF TEXAS

Frederick Jerome Crumbley, Petitioner

V.

District Judge Marta T. Jackson, Respondent

## CAUSE NO. 1525005

## PRAY

Petitioner Pray that the Honorable Court of Criminal Appeals of Texas grant relief under the cause and ground before where Petitioner do not deserve the treatment the trial court is trying to force upon me, where the District Judge Marta T. Jackson is without the authority to act in this cause of action and under the statute she is trying to imposed upon me O-LORD - You have the power to correct those you gave power to Judge correctly and when misused of that power. You correct them and show them where they are wrong. We are Human under Your eyes and watch O-LORD - and we are entitled to make mistake, that why we called upon you o-LORD for for correctness and guidness. Petitioner Pray for relief. A-man

March 20, 2017

Frederick Crumbley

CAUSE NO. 1525005

# PAUPER OATH

Now Come Frederick Jerome Crumbley, Applicants, who depo
and says: That he is a citizen of the United States, he is Applica
in the above and foregoing actions and he feels he has a good and Just ca
of actions: that he is an indigent person without funds and he is therefore
unable to pay the costs of prosecuting the above and foregoing actions or
give security therefor, and he requests this Honorable Court's permission
Proceed in forma Pauperis.

Frederick Jerome Crumbley
   A.B. Applicant
The State of Texas
County of Harris

   Before me, the undersigned authority on this day personally appeared A.B.
who stated on oath that the foregoing Pauper's oath is true and corre
       Given under my hand and seal of office this the 14th
        of March 20 17

Notary Public
State of Texas



N. JAMESON
Notary Public
STATE OF TEXAS
Commission Exp. JAN. 30, 2019

⑤

# COURT OF CRIMINAL APPEALS OF TEXAS

Frederick Crumbley, Petitioner

v

District Judge Maria T. Jackson, Respondent

## CAUSE NO. 1525005

Petitioner Present the Honorable Court of Criminal Appeals of Texas with the following Exhibits A-E in support of his grounds for relief.

Exhibit-A- Motions for Speedy Trial filed by petitioner and Attorney

Exhibit-B- Indictment, Information, Complaint and Affidavid where the record shows the fundamentally defective indictment the Post conviction offense Burlary of a Building cause Number 1001437 in the 174th District Court of Harris County, where Post Prior Conviction Buglary of a Motor Vehicle cause Prior convictions 0591079, is reused in the Present Indictment 1525005 as a Buglary of Habitation under the cause Prior Convictions 0591079.

Exhibit-C- Motion to Quash the Enhancement Paragraph filed in the cause Number 1525005 where the District Judge Maria T. Jackson was and is without aethority to undo a nullful, fundamentally defective indictment and tried to reused under Art. § 46.04(a)(1). Petitioner was removed from trial docket after the filing of this motion and not granted full relief.

Exhibit-D Motions to set aside Indictment filed after the filing of motion Quash where after the grant of the pre-trial motion to Quash, District Judge Maria T. Jackson will be without the aethority to act, and the aethority act under Art. § 46.04(a)(1), where the court was without aethority form start.

# Court of Criminal Appeals of Texas

Frederick Jerome Cambley, Petitioner

v

District Judge Marta T. Jackson, Respondent

## Cause No. 1525005

Exhibit-E- Petitioner filed requesting for a motion Hearing on the pre-trial motion. I was told I was removed from the trial docket and set for disposition.

March 20, 2017

_(signature)_

Petitioner pray that the Honorable Court of Criminal Appeals of Texas grant relief to the petitioner, and the petitioner further prays that the foregoing is supported to the Petitioner's cause of action. Petitioner prays for relief. A-Man.

Frederick Cambley

March 20 2017

**35**

CAUSE NO. 1525005

| THE STATE OF TEXAS | X | IN THE  339th |
| | X | |
| VS | X | JUDICIAL DISTRICT COURT |
| OF | | |
| Frederick Crombley | X | Harris COUNTY, |
| TEXAS | X | |

## DEFENDANT'S MOTION FOR A SPEEDY TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Frederick Cumbley , Defendant in the above entitled and numbered cause, and would show unto the Court as follows:

### I.

The indictment voted against the Defendant in the above entitled and numbered cause was returned on Nov. 4 , 20 16 . In the indictment the Defendant is charged with having committed the offense of Felony Poss of Firearm on or about September 26 Feb. 25, 20 , 20 16 .

### II.

The Defendant was arrested on Oct 4 , 20 16 and on said date was committed to the Harris County Jail Houston, Texas, to await trial on said indictment.

### III.

At all times since his arrest the Defendant has been so confined, and during his period of confinement the Defendant has at all times been ready for trial. The Defendant has heretofore requested that the above entitled matter be brought to trial. Defendant claims his right to a Speedy Trial under the United States Constitution, 6th Amendment and Art. 1 & 10 of the Texas Constitution.

1. See, C.A. Ark. 1977, 564 F.2d 249, duty of State to make a diligent, good faith effort to bring accused to trial upon his demand, is particularly strong when accused is incarcerated.

2. Jaramillo vs. District Court In and For Rio Grande County, 1971, 484 P. 2d 1219, 174 Colo. 561. Right under this amendment to a speedy trial is not only for the benefit of the accused but also for the protection of the public; it is essential that an early determination of guilt be made, so that the innocent may be exonerated and the guilty punished.

LL-035
A

3. See: Courtney vs. State (Cr. App. 1971) 472 S.W. 2D 151. Purposes of constitutional right of speedy trial are; to prevent undue and oppressive incarceration prior to trial, to minimize anxiety and concern accompanying public accusation, and to limit possibilities that long delay will impair ability of accused to defend himself.

4. McKinney vs. State (Cr. App. 1973) 491 S.W. 2d 404. Defendant's right to a speedy trial began upon his arrest approximately three months prior to return of indictment.

WHEREFORE, premises considered, the Defendant prays that this Court grant this Motion for Speedy Trial in all things sought therein.

Respectfully Submitted,

_____
Defendant

"I, (INSERT NAME AND INMATE IDENTIFYING NUMBER FROM TEXAS DEPARTMENT OF CORRECTIONS OR COUNTY JAIL), being presently incarcerated in (INSERT TEXAS DEPARTMENT OF CORRECTIONS UNIT NAME OR COUNTY JAIL NAME) in _____ County, Texas, declare under penalty of perjury that the for going is true and correct.

EXECUTED ON (DATE) _____ (SIGNATURE) _____

ORDER

On this the _____ day of_____, 20 _____, came to be heard by me, the Defendant's Motion for Speedy Trial, and it appears to this court that this motion should be

GRANTED: _____ .

DENIED: _____ , and it is

so ordered

_____
JUDGE PRESIDING

THE STATE OF TEXAS
VS.

FREDERICK J. CRUMBLEY
13455 WOODFOREST BL #131
HOUSTON, TX 77015

01024878

SPN:
DOB: BM 10/05/1971
DATE PREPARED: 9/26/2016

D.A. LOG NUMBER:2294281
CJIS TRACKING NO.:
BY: LP  DA NO: 002311840
AGENCY:HCSO
O/R NO: HC160153757
ARREST DATE: TO BE

FILED
Chris Daniel
District Clerk
SEP 26 2016
Harris County, Texas
Time:
By_____ Deputy

NCIC CODE: 5203 03

RELATED CASES:

FELONY CHARGE:  FELON IN POSSESSION OF FIREARM
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:            1525005
FIRST SETTING DATE:                          339

BAIL: $NO BOND
PRIOR CAUSE NO:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **FREDERICK J. CRUMBLEY** hereafter styled the Defendant, heretofore on or about **FEBRUARY 25, 2016**, did then and there unlawfully intentionally and knowingly possess a firearm after having been convicted of the  felony offense of  BURGLARY OF A BUILDING, in the District Court for the 174TH Judicial District, HARRIS County, Texas, in Cause Number 1001437 on JUNE 21, 2005, and said possession of the firearm occurred before the fifth anniversary of the Defendant's release from confinement resulting from said conviction on SEPTEMBER 21, 2014.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on JANUARY 26, 1990, in Cause Number 0551492, in the 183RD DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of BURGLARY OF A MOTOR VEHICLE.

Before the commission of the primary offense, and after the conviction in Cause Number 0551492 was final, the Defendant committed the felony of BURGLARY OF HABITATION and was finally convicted of that offense on AUGUST 12, 1991, in Cause Number 0591079, in the 230TH DISTRICT COURT of HARRIS County, Texas.

PROBABLE CAUSE:

AFFIANT, ERIC BASSE, IS A PEACE OFFICER EMPLOYED BY THE HARRIS COUNTY SHERIFF'S OFFICE. AFFIANT HAS REASON TO BELIEVE AND DOES BELIEVE THAT FREDERICK CRUMBLEY COMMITTED THE OFFENSE OF FELON IN POSSESSION OF A FIREARM ON OR ABOUT SEPTEMBER 26, 2016 IN HARRIS COUNTY, TEXAS. AFFIANT BASES HIS BELIEF ON THE FOLLOWING FACTS.

ON SEPTEMBER 26, 2016, AFFIANT WAS DISPATCHED TO A WEAPONS DISTURBANCE AT PARK TOWN PLAZA APARTMENTS, LOCATED AT 13455 WOODFOREST BLVD. IN HARRIS COUNTY, TEXAS. AFFIANT MET WITH FELIX HALTER, A CREDIBLE AND RELIABLE PERSON HEREAFTER REFERRED TO AS THE COMPLAINANT. COMPLAINANT TOLD AFFIANT THAT HE IS A TOW TRUCK DRIVER AND WAS ON THE PROPERTY TO TOW A VEHICLE THAT WAS IMPROPERLY PARKED. COMPLAINANT STATED THAT AS HE WAS STARTING THE TOW PROCESS, THE VEHICLE OWNER, HELEN HUBBARD APPEARED AND TOLD HIM SHE WAS JUST VISITING AND ABOUT TO LEAVE. THE COMPLAINANT TOLD HER THAT SHE WOULD HAVE TO PAY A FEE. COMPLAINANT STATED THAT HUBBARD WENT BACK INSIDE, THEN REAPPEARED WITH HER GRANDMOTHER, HELEN CRUMBLEY, TO PAY. COMPLAINANT STATED THAT HE THEN RELEASED THE VEHICLE. COMPLAINANT STATED THAT AS HE RELEASED THE VEHICLE, A MAROON VAN AND WHITE SUV DROVE UP AND BLOCKED HIS TOW TRUCK. THE DEFENDANT EXITED AND POINTED A SHOTGUN AT COMPLAINANT, SAYING "WHO SLAPPED MY MOMMA?" COMPLAINANT STATED THAT THE DEFENDANT ENTERED THE GRANDMOTHER'S APARTMENT AND, WHEN HE RETURNED, COMPLAINANT WAS ON THE PHONE WITH POLICE DISPATCH. AFFIANT SPOKE TO HELEN CRUMBLEY, WHO TOLD AFFIANT THAT HER SON'S NAME IS FREDERICK CRUMBLEY. AFFIANT RESEARCHED FREDERICK CRUMBLEY THROUGH HIS POLICE DATABASES AND LOCATED A PHOTOGRAPH OF FREDERICK CRUMBLEY. AFFIANT SHOWED THE PHOTO TO COMPLAINANT WHO POSITIVELY IDENTIFIED FREDERICK CRUMBLEY AS THE PERSON WHO HAD POINTED THE SHOTGUN AT HIM.

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Sworn to and subscribed before me on **September 26, 2016**

_____
AFFIANT

_____
ASSISTANT DISTRICT ATTORNEY          BAR NO.
OF HARRIS COUNTY, TEXAS.

COMPLAINT

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Certified Document Number: 72041587 - Page 1 of 1

Exhibit C

**6**

CAUSE NO. 1525005

| THE STATE OF TEXAS | X | IN THE 339th |
| | X | |
| VS | X | JUDICIAL DISTRICT COURT OF |
| Frederick Crumbley | X | |
| | X | Harris COUNTY, TEXAS |

## MOTION TO QUASH ENHANCEMENT PARAGRAPH

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now, Frederick Crumbley , DEFENDANT in the above entitled and numbered cause and moves this court to quash the paragraph used for enhancement in the indictment of the above cause.

This enhancement paragraph is cause No. 0591079 , and in the support of this motion the Defendant would show the court the following.

I

Defendant is charged , by indictment , of the offense of Felony Possession of firearm , which occurred on September 26 20 16 .

II

In paragraph 0591079 of the indictment , the state alleged for enhancement purposes that on June 21, 2005 , Defendant was convicted in cause number 1001437 for the offense of Buglary of Building in the 174th District Court of Harris County, Texas.

III

The conviction referred to in the enhancement paragraph is invalid in that (List one or more of the following reasons why your enhancement paragraphs is void.)

[1]   The conviction that being used for enhancement is a misdemeanor and cannot be used to enhance this present felony unless this was the third misdemeanor. [Chancey V State , S.W. 2d 446]

[2]   Defendant was not afforded representation by counsel at his trial, and he was indigent at that time. Also, at no time did the defendant waive his right to counsel [Burgett V State, 389 U.S. 109.]

[3]   The conviction that is being used for enhancement was based on a fundamentally defective indictment in that CAUSE 1001437 on June 21, 2005 where prior

[4] The conviction which is being used for the enhancement was based on a criminal-statue that was later found to be void in that *Court was without aethority to Conviction outsisd STAr Jail STaTute.* [ Lopez V State , 491 S.W. 2d 420 ]

[5] The conviction that is being used for enhancement did not become final before the offense charged was committed , or that an appeal is pending. [ Murchison, 560 S.W. 2d 654 ]

[6] That the Defendant did not execute a valid waiver of his right to a jury trial befor-ethe plea that supports the prior conviction. [Boyd V State, 660 S. W. 2d 720]

[7] That the Defendant did not sign a stipulation of evidence, in open court in the prior conviction being used for enhancement.

IV

Therefore, the enhancement paragraph is void in that it refers to a conviction which is invalid and thus , will not support an enhancement of punishment in this case

WHEREFORE, premises considered , this Defendant prays that this court quash the enhancement para-graph alleged by the state for the purposes of enhancing the present offense.

Respectfully Submitted

*Frederick [signature]*

"I, ( **INSERT NAME AND INMATE IDENTIFYING NUMBER FROM TEXAS DEPARTMENT OF CORRECTIONS OR COUNTY JAIL,**), being presently incarcerated in ( **INSERT TEXAS DEPARTMENT OF CORRECTIONS UNIT NAME OR COUNTY JAIL NAME**) in_____ County , Texas, **declare under penalty of perjury that the for going is true and correct.**

**EXECUTED ON (DATE)** *March 4 2017* **_(SGNATURE)** *[signature]*

ORDER

On this the _____ day of _____ , 20_____,came to be heard by me , the Defendant's motion

To Quash Enhancement Paragraph from the indictment , and it appears to this court that this motion should be

GRANTED: _____ .

**30**

CAUSE NO. 1525005

*Exhibit D*

| THE STATE OF TEXAS | X | IN THE __339 th__ |
| | X | |
| VS | X | JUDICIAL  DISTRICT  COURT |
| OF | | |
| Frederick Crumbley | X | __Harris__  COUNTY, TEXAS |
| | X | |

## MOTION TO SET ASIDE THE INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Frederick Crumbley , defendant in the above entitled cause , and prior to his / her announcement of ready moves that the criminal indictment filed against him / her in the above entitled and numbered cause be dismissed by virtue of the authority of the Fifth and Sixth Amendments to the constitution of the United States of America, and Articles 27.02, 27.03, 27.08, and 27.09 of the Texas Code of Criminal Procedure; and Article 1, Section 10 of the constitution of the State of Texas, for the following reasons:

I.

The indictment does not state sufficient facts to constitute an offense against the laws of the State of Texas

II

The indictment fails to allege all the essential acts or omissions by the Defendant necessary to constitute the offense charged.

III

The indictment fails to set forth sufficient facts and / or allegations that would appraise the Defendant or put the Defendant on notice of committing, which acts or facts or circumstances, if proved, would render Defendant guilty, in order that the Defendant's right not to be prejudiced as contemplated in Article 21.01, et seq, C.C.P.

LL-030
Δ

## IV

Indictment wholly fails to allege on it's face, facts necessary to enable the Defendant to plead to the indictment so that a judgement would become a bar to subsequent prosecution for the same contemplated in Article 21.04, C.C.P.

## V

The indictment does not state the indictment was presented in the District Court of the county where the Grand Jury was in session.

WHEREFORE, Defendant prays that the Court will set aside the indictment herein, and dismiss the cause from the docket of this Court and release and discharge the Defendant from prosecution.

_____
Defendant

"I, **(INSERT NAME AND INMATE IDENTIFYING NUMBER FROM TEXAS DEPARTMENT OF CORRECTIONS OR COUNTY JAIL)** , being presently incarcerated in **(INSERT TEXAS DEPARTMENT OF CORRECTIONS UNIT NAME OR COUNTY JAIL NAME)** in__Harris_____ County, Texas, declare under penalty of perjury that the foregoing is true and correct.

Executed on ___March 4 - 2017_____          _____
            **(DATE)**                              **(SIGNATURE)**

## ORDER

On this the _____ day of _____ , 20_____, came to be heard petitioner's motion, and it appears to this court that it should be:

GRANTED _____ .

DENIED _____ , and it is

so ordered.

_____

152500S      Exhibit E

CAUSE NO. 1525005

THE STATE OF TEXAS          IN THE 33th JUDICIAL

VS          DISTRICT COURT OF

FREDERICK CRUMBLEY          HARRIS COUNTY, TEXAS

## REQUEST FOR MOTION HEARING

TO THE HONORABLE JUDGE OF SAID COURT·

COME NOW, Frederick Crumbley, Defendant in the above styled and numbered cause, and respectfully presents this the Defendant motion Requesting for the Court to grant Defendants a hearing on the Defendants following motion on the Court's docket and defendant shows the Court the following:

### I.

Defendant beens without Attorney apointed by the court for over 30 days, and on the 15 day of february 2017, Defendant filed and present court docket the following motion; motion To Quash Enhancement Paragraph motion to ~~setaside~~ set aside the Indictment;

### II.

Since the Defendant's Attorney failed to file any of the motion on the behalf of the Defendant as required by the authority of the Fifth and Sixth Amendments to the Constitution of the United States of America and Articles 1, Section 10 of the constitution of the State of Texas; Defendant Notice that without apointed of Attorney his substantial rights will be completelly presudiced;

### III

The State filed and alledged the offense by felony indictment charged to Defendant under Texas Statutes § 46.04 Unlawful Possession of Firearm, Sw with probable cause, that a officer stated, He had reason to belive and Dos belive Frederick Crumbley committed the offense Felon in Possession of a Firearm. a lawite shotgun on a september 26, 2016;

### IV

Defendant has been all time in the Harris County Jail on a n/o bond since October 4, 2016 awaiting trial. Defendant Notice on the fare of the indictment, the Post Conviction from 1001437 on June 21, 2005, a felony offens of Burglary of Building in the District Court for the 174th Judical District, Harm County, Texas with the two Prior convictions that the convictions that is be used for enhancement was based on a fundamentally defective indictment in the cause 1001437;

### V

February 14, 2017, Defendant move to filed both Pretrial Motion and place them on the 339th Judical District Court docket. Defendant father re to grant a motion hearing. it is more than needed to Protect the Defendan substantial rights from been twice Put in Jeopardy and subject the Defenda two fundamentally defective indictment.

Therefore, the Defendant Pray that this Honorable Judge of said L grant the Defendant's motion Request for Motion Hearing.

Respectfully Subm

Frederick Jader Crumbley

CAUSE NO. 1525005

I, Frederick Crombley SPN. 01624878 being presently incarcerated in Harris County Jail in Harris county, Texas declare under Penalty of Perjury that the for going is true and correct.

EXECUTED ON: MARCH 9. 2017                    Frederick Crombley

## ORDER

On this the          day of                    , 20     , come to be heard by m
the Defendants motion for request for Hearing to the motions on t
court docket is, and appears to this court that this motion should be

Granted: _____